UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RICHARDSON, SAMMYE A. RICHARDSON, M R INVESTMENTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation, and NANCY WALSH, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | 1:98-cv-5393 OWW <br><br> ORDER RE: JUNE 25, 2005 HEARING |

The Court has received a number of filings from Plaintiffs purporting to notice for hearing June 20, 2005, at 9:00 a.m. what Plaintiffs describe as "A Motion for Summary Judgment or in the Alternative Summary Adjudication to Vacate March 5, 2002, Judgment and all post-March 5, 2002, Memorandums and Orders inclusive of Abstracts Related to Bill of Court Costs, Exhibits on May 12, 2005 Docket."

Presently pending before the Court is the rule 60(b) motion of the Plaintiffs concerning an alleged letter that Plaintiffs

1

1  contend was viewed by the jury.
2       The hearing on June 20, 2005, will go forward at 9:00 a.m.
3  to complete the hearing in the Rule 60(b) motion.  At that time
4  Plaintiffs may present any other witnesses they have concerning
5  their pending motion under Rule 60(b).  At that time, the motion
6  will be finally concluded.
7       Any response to the pending motion shall be filed on or
8  before June 8, 2005.  Thereafter, no further papers shall be
9  filed in connection with the pending motion without further order
10 of the Court.
11
12 SO ORDERED.
13
14 DATED:  May 25, 2005.
15
16                                    /s/ OLIVER W. WANGER
                                    _____
17                                      Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE
18 richardson order re hrg