

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RICHARDSON, SAMMYE A. RICHARDSON, M R INVESTMENTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation, and NANCY WALSH, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | 1:98-cv-5393 OWW <br><br> CORRECTED ORDER RE: JUNE 20, 2005 HEARING |

   The Court has received a number of filings from Plaintiffs purporting to notice for hearing June 20, 2005, at 9:00 a.m. what Plaintiffs describe as "A Motion for Summary Judgment or in the Alternative Summary Adjudication to Vacate March 5, 2002, Judgment and all post-March 5, 2002, Memorandums and Orders inclusive of Abstracts Related to Bill of Court Costs, Exhibits on May 12, 2005 Docket."

   Presently pending before the Court is the rule 60(b) motion of the Plaintiffs concerning an alleged letter that Plaintiffs

1

1 contend was viewed by the jury.

2     The hearing on June 20, 2005, will go forward at 9:00 a.m.
3 to complete the hearing in the Rule 60(b) motion. At that time
4 Plaintiffs may present any other witnesses they have concerning
5 their pending motion under Rule 60(b). At that time, the motion
6 will be finally concluded.

7     Any response to the pending motion shall be filed on or
8 before June 8, 2005. Thereafter, no further papers shall be
9 filed in connection with the pending motion without further order
10 of the Court.

12 SO ORDERED.

14 DATED: June 1, 2005.

/s/ OLIVER W. WANGER

Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

18 richardson corr order re hrg

CERTIFICATE OF SERVICE

RICHARDSON

vs                                              CV F-98-5393-OWW

FIRST AMERICAN TITLE,

---

   I, the undersigned, hereby certify that I am an employee of the office of the Clerk of the U.S. District Court, Eastern District of California, and that on June 1, 2005 I served a copy of the attached CORRECTED ORDER RE: JUNE 20 2005 HEARING, by placing said copy in a postage-paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY MAIL                              INTER-OFFICE DELIVERY

Michael Richardson
Sammye Richardson
1091 S. Bill Martin Drive
Tucson, AZ  85745

Michael Richardson
Sammye Richardson
c/o 5956 E. Pima St., Suite 130
Tucson, AZ  85712

Brian Cuttone
Caswell Bell and Hillison
5200 North Palm Ave., Suite 211
Fresno, CA 93755-5259

Larry Lichtenegger
Lichtenegger and Lee
660 Camino Aguajito, Suite 300
Monterey, CA  93940-3654

Edmund L. Regalia
Miller Starr and Regalia
1331 North California Blvd.
Fifth Floor
Walnut Creek, CA  94596

Michael T. Whittington
10000 Stockdale Highway
Suite 380
Bakersfield, CA  93311

/s/ G. LUCAS
_____
G. Lucas
Deputy Clerk