IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICHARDSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FIRST AMERICAN TITLE,<br>et al.,<br><br>　　　　　Defendants. | No. CV-F-98-5393 OWW<br><br>ORDER STRIKING PLAINTIFFS' "MOTION FOR EXPARTE EVIDENTIARY HEARINGS TO EXAMINE ERROR AND FOR THE APPLICATION OF STATUTORY RIGHTS - RULE 60 TO EXAMINE THE - REMANDING OF CASE TO MULTI-DISTRICT COURT FOR EVIDENTIARY HEARINGS AND A TRIAL FOR INDICATION OF RELIEF FROM MULTIPLE ERRORS OF LAW INVOKING GOVERNANCE OF F.R.C.P RULE 60(b)(1)(3)(4)(5)(6)" (Doc. 1644) |

　　On February 25, 2008, Plaintiffs, *proceeding in pro per*, filed a "Motion for ExParte Evidentiary Hearings to Examine Error and For the Application of Statutory Rights - Rule 60 to Examine the - Remanding of Case to Multi-District Court for Evidentiary Hearings and a Trial for Indication of Relief from Multiple Errors of Law Invoking Governance of F.R.C.P. Rule

60(b)(1)(3)(4)(5)(6)", (Doc. 1649) and noticing this motion for hearing on March 11, 2008.

Plaintiffs have previously filed a motion to vacate the judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure, (Doc. 1509), which is fully briefed, argued, supplemental authorities were filed and has been submitted for decision. No further filings by Plaintiffs with regard to the pending motion to vacate the judgment shall be filed. This motion is STRICKEN.

IT IS SO ORDERED.

**Dated:   March 4, 2008**               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE