IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RICHARDSON, et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>FIRST AMERICAN TITLE<br>INSURANCE COMPANY, et al.,<br><br>             Defendants. | No. CV-F-98-5393 OWW<br><br>ORDER DIRECTING CLERK OF<br>COURT TO RETURN TO THE<br>RICHARDSONS PLEADINGS<br>RECEIVED BY THE COURT ON<br>MARCH 10 AND MARCH 17, 2008<br>AND TO ACCEPT NO FURTHER<br>FILINGS FROM THE RICHARDSONS<br>INVOKING THE JURISDICTION OF<br>THIS COURT IN THIS ACTION |

   By Order filed on March 6, 2008, the Court ordered that "[n]o further filings by Plaintiffs with regard to the pending motion to vacate the judgment shall be filed."  (Doc. 1650).

   On March 10, 2008, the Court received from the Richardsons a pleading captioned:

> SUPPLEMENT LINKED TO DC # 1647, ATTACHMENTS
> SEEKING CLARIFICATION FOR THE COURTS STRIKING
> CONSEQUENTIAL DC # 1649 AND JUSTIFYING ITS
> ACTION BY AN UNUSUAL REFERENCE TO A MOOT DC #
> 1509 FOR POST DC # 1509 WRONGDOINGS.

On March 17, 2008, the Court received from the Richardsons a pleading captioned:

> DOCKETING ACCOUNTABILITY
>
> ...
>
> GOAL:  calendaring Evid. hearings on matters raised in DC # 1651 (66 pages) entered on docket in compliance with DC # 1640.

The Clerk of the Court is directed to return these pleadings to the Richardsons without filing them in this action. The Richardsons were ordered to file specific Bankruptcy Court Orders in connection with their motion for relief from abstract of judgment, (Doc. 1630), no later than January 14, 2008. The Richardsons have inundated this Court with serial and untimely pleadings. The motion for relief from abstract of judgment is under submission and no further filings by the Richardsons will be accepted in connection with this motion, their motion for relief from judgment under Rule 60(b), or any other matter in this action invoking the jurisdiction of this Court.

IT IS SO ORDERED.

Dated:   September 23, 2008            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE